Anthony Vassilev, Esq.

June 19, 2019

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Marquez v. Hoffman, et al.*, 18-cv-07315 (ALC) (GWG) – Plaintiff's Letter Motion for a Joint Briefing Schedule

Dear Judge Carter,

    I represent plaintiff Alexis Marquez in the above-captioned case. I write to request a joint briefing schedule for the anticipated motions to dismiss by two sets of defendants in this case, the State Defendants and the New York State Unified Court System ("UCS").[1]

    Currently, the State Defendants are due to submit a moving brief for their motion to dismiss in two days, on June 21, 2019. *See* Dkt. 97. UCS has recently appeared in the case and also seeks leave to submit a motion to dismiss. *See* Dkt. 101. In light of the two anticipated motions, the State Defendants, UCS, and Plaintiff have conferred and agree that a joint and consolidated briefing schedule for both motions would serve the interests of efficiency and fairness in this case.

    Accordingly, Plaintiff respectfully requests that the Court set a joint and consolidated briefing schedule for the State Defendants' and UCS's motions to dismiss in accordance with the following dates. The State Defendants, UCS, and Plaintiff all agree to these deadlines.

- Moving briefs: Friday, July 31, 2019
- Opposition brief: Friday, September 13, 2019
- Reply briefs: Friday, October 4, 2019

    In addition, if the Court so permits, Plaintiff and UCS also agree to forego a pre-motion conference in connection with UCS's anticipated motion to dismiss in order to conserve the resources of both the parties and the Court.

---

[1] The "State Defendants" are represented by the Office of the New York Attorney General and include the State of New York, Janet DiFiore in her official capacity, and all individually named defendants except for Douglas Hoffman. UCS is represented by Counsel's Office of the New York State Unified Court System.

Respectfully submitted,

By:   <u>/s/ Anthony Vassilev</u>

      Anthony Vassilev, Esq.
      43 West 43rd Street, Suite 54
      New York, NY 10036
      (646) 755-7636
      tony@vassilev.cc

      *Attorney for Plaintiff*

cc: All counsel of record (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
ALEXIS MARQUEZ,                    :
                                   :
        Plaintiff,        :      18-CV-7315 (ALC) (GWG)
                                   :
  v.                               :      **ORDER**
                                   :
DOUGLAS HOFFMAN, et al.,           :
                                   :
        Defendants.      :
                                   :
------------------------------------------------------- X

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of Plaintiff's Letter dated June 19, 2019. ECF No. 103. The State Defendants, UCS, and Plaintiff are hereby **ORDERED** to proceed in accordance with the following revised and consolidated briefing schedule:

| | |
|---|---|
| **Defendants' Motions to Dismiss** | **July 31, 2019** |
| **Plaintiff's Opposition to Defendants' Motions** | **September 13, 2019** |
| **Defendants' Replies to Plaintiff's Opposition** | **October 4, 2019** |

    The Parties are granted leave to file memoranda of law in support and in opposition to the motion not to exceed 40 pages.

**SO ORDERED.**

Dated:     **June \_\_\_, 2019**
              **New York, New York**

                                      _____
                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**