STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8227

September 4, 2019

**By ECF**
Honorable Gabriel W. Gorenstein
Chief United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007

Re: *Marquez v. Hoffman et al.*, No. 18 Civ. 07315 (ALC) (GWG)

Dear Judge Gorenstein:

I write on behalf of the State Defendants in the above-referenced action in response to this Court's order, dated August 29, 2019, that all defendants state their objections to Plaintiff's proposals concerning discovery in this matter, as related to the parties' Rule 26(f) Discovery Plan.  ECF No. 145; *see also* ECF No. 144.

In specifically responding to the Court's inquiry concerning whether "the defendants' objections to plaintiffs' proposals are fully stated in the Plan," the State Defendants respectfully submit that the parties' Rule 26(f) Discovery Plan does not reflect a single proposal made by Plaintiff because she and her counsel refused to participate in the Rule 26(f) conference ordered by this Court to occur within one week of our August 12, 2019 conference before this Court.  *See generally* ECF No. 144.  Accordingly, the State Defendants could not state any corresponding objection in the Rule 26(f) Discovery Plan.

More broadly, however, as to any proposal by any party, including Plaintiff, concerning discovery into any claim asserted against any of the State Defendants, the State Defendants respectfully submit that their position and objections are fully stated in their pending motion to stay discovery.  *See* ECF Nos. 124-125.  As to all other claims and conferenced proposals concerning discovery into them to date, the State Defendants confirm that their position is fully stated within the parties' submitted Rule 26(f) Discovery Plan.  *See* ECF No. 144.

We thank the Court for its attention to this matter.

Respectfully,

/s/ Monica Hanna

Monica Hanna
Assistant Attorney General

cc: All Counsel (by ECF)