```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ALEXIS MARQUEZ,                                              :
                                                             :
                    Plaintiff,                               :    18-CV-7315 (ALC) (GWG)
                                                             :
        v.                                                   :    DECLARATION OF
                                                             :    ANTHONY VASSILEV
DOUGLAS HOFFMAN, et al.,                                     :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ X
```

I declare under penalty of perjury that the following is true.

I am an attorney licensed to practice before this Court. I represent plaintiff Alexis Marquez in this action.

1. Under Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, I respectfully submit this declaration in support of my motion to withdraw as counsel and attorney of record for plaintiff Alexis Marquez in the above-captioned matter.

2. Plaintiff commenced this action on August 13, 2018. Defendant Douglas Hoffman answered the first amended complaint on February 19, 2019. The remaining defendants' motions to dismiss are due to be fully briefed on January 31, 2020.

3. This motion to withdraw as counsel is on the consent of plaintiff Alexis Marquez. Plaintiff intends to proceed in this case *pro se*. Together with this Declaration, I submit the attached Consent to Withdrawal of Counsel signed by the plaintiff.

DATED: November 1, 2019                        By:  /s/ Anthony Vassilev

Anthony Vassilev, Esq.
43 West 43rd Street, Suite 54
New York, NY 10036
(646) 755-7636
tony@vassilev.cc

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that, on November 1, 2019, a copy of the foregoing Notice of Motion to Withdraw as Counsel, Declaration of Anthony Vassilev, and Consent to Withdrawal of Counsel was served by mail on plaintiff Alexis Marquez at her address below and served electronically upon the attorneys of record listed below.

**Plaintiff**

Alexis Marquez
P.O. Box 250071
New York, NY 10025

**Attorneys of Record**

Bettina B. Plevan, Esq.
Michael A. Cardozo, Esq.
Edna D. Guerrasio, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036

Monica Hanna, Esq.
Shari M. Goodstein, Esq.
Office of New York Attorney General
28 Liberty Street
New York, NY 10005

Michael J. Siudzinski, Esq.
Office of Counsel
New York State Unified Court System
25 Beaver Street
New York, NY 10004

DATED: November 1, 2019        By:   /s/ Anthony Vassilev
                                                            Anthony Vassilev