## CONSENT TO WITHDRAWAL OF COUNSEL

I am the plaintiff in the above-captioned action. I hereby consent to and approve of the withdrawal of Anthony Vassilev, as counsel of record in *Marquez v. Hoffman, et al.*, Case No. 18-cv-07315 (ALC) (GWG) in the United States District Court, Southern District of New York. I understand that I will be proceeding in this case *pro se*.

DATED: November 1, 2019

_____
Alexis Marquez