

RECEIVED APR -5 2016 PRO SE OFFICE

Nicole Corrado
242-18 Van Zandt Ave.
Douglaston, New York 11362
(917)337-6153

April 4, 2016

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 05 2016 ★

BROOKLYN OFFICE

USDJ Dora L. Irizarry and
US Magistrate Judge Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Corrado v. New York State Unified Court System et al.*
             12-cv-1748 (DLI)(MDG)

Dear Judge Irizarry and Magistrate Judge Go:

     I am plaintiff in the above-referenced action involving claims of pervasive sexual harassment, retaliation, discrimination, corruption and other related claims. Since discharging Mr. Housh, I have contacted numerous lawyers and have diligently tried to retain attorneys to represent my case, without success. I write to inform this court that I am not able to proceed in this case without competent legal representation, nor am I able to represent myself *pro se* for a variety of reasons. I have repeatedly and unequivocally asserted that I would not and could not proceed *pro se*.

     Most importantly, this case has had dire consequences and effects on the emotional, personal and well-being of my daughter, and I cannot continue to allow this devastating situation to further adversely affect her life. Unfortunately, as a woman, a mother and victim/plaintiff of these claims and after many years of living this perpetual nightmare, I wish to discontinue this litigation. While this action was commenced in April 2012, the history of this case extends back many years. I filed this lawsuit to seek redress of extreme wrongs that I and my family have sustained, but have only encountered greater injustice by a legal system which has demonstrated an abject failure to protect women from their abusers, especially when those abusers are in positions of power.

     Further, irrespective of my profession as a lawyer, I am not able to pursue this serious case *pro se* in the same manner that a medical doctor would not or could not capably treat herself/himself for serious medical conditions. In my professional career, I have never handled this type of legal matter, I do not have a legal background in such cases, I have not practiced in federal court, and I am not able to disengage my emotions and fears from the overall

circumstances surrounding this case.

  Additionally, while I agreed to speak with Mr. Berg for limited purposes relative to requests for extensions from this court and to non-substantive issues, I object to Mr. Berg's efforts to engage me directly on substantive or procedural legal issues pertaining to my case without the benefit or representation of counsel.

  Also, per Judge Irizarry's Opinion and Order of February 17, 2016 dismissing Mr. Raniere from my case, I request this court to direct Mr. Raniere's lawyers, Nicole Bergstrom and Wendy Stryker, be removed from all correspondence and communications in my case via the court's ECF system. To my knowledge, they remain and continue to receive notifications and entries applicable to my case. A clerk of the court advised that an application to remove Ms. Bergstrom and Ms. Stryker from this case's ECF system should be directed to the court's attention.

  Accordingly, I respectfully request that my case be discontinued, and for any and other relief deemed just and proper.

  Thank you.

Respectfully,

*Nicole Corrado*

Nicole Corrado

cc: Lisa M. Evans, Esq. (via USPS mail and email)
  Michael A. Berg, Esq. (via USPS mail and email)