USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
ALEXIS MARQUEZ,

                Plaintiff,

    -against-

DOUGLAS HOFFMAN ET AL.,

                Defendants.
-------------------------------------------------------------- x

18-CV-7315 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendant's request to unseal portions of the October 11, 2019 transcript and Plaintiff's response. ECF Nos. 179, 186. Defendant's request to unseal is hereby **DENIED**.

**SO ORDERED.**

Dated:     November 14, 2019
             New York, New York

                                            _____
                                            ANDREW L. CARTER, JR.
                                            United States District Judge