UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                             :

ALEXIS MARQUEZ,

                                   Plaintiff,                      <u>ORDER</u>

       -v.-

                                                                               :        18 Civ. 7315 (ALC) (GWG)

DOUGLAS HOFFMAN, et al.,

                                 Defendants.      :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The Court has not received the information required by Docket # 194, which was due November 22, 2019. Plaintiff Alexis Marquez is directed to file a declaration or affidavit by December 2, 2019, explaining why the information has not been provided and stating whether there is any impediment to doing so.

       SO ORDERED.

Dated: November 25, 2019
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge