USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-30-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ALEXIS MARQUEZ,

                Plaintiff,

-against-

DOUGLAS HOFFMAN, et al.,              1:18-cv-7315 (ALC)

                Defendants.                  **ORDER**

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter dated December 26, 2019. The Parties are ordered to proceed in accordance with the following revised briefing schedule with respect to the pending Motion to Dismiss:

| | |
|---|---|
| Plaintiff's Opposition: | January 31, 2020 |
| Defendant's Reply, if any: | February 28, 2020 |

**SO ORDERED.**

Dated:   December 30, 2019

           New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**