MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXIS MARQUEZ,

                              Plaintiff,

           -v.-

DOUGLAS HOFFMAN, *et al.*,

                             Defendants.
------------------------------------------------------------X

Application granted on consent as stated in Docket # 210.

SO ORDERED. DATE 1/8/20
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

18-cv-07315 (ALC)(GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/20

## NOTICE OF MOTION TO STAY DISCOVERY

**PLEASE TAKE NOTICE** that, upon (i) the accompanying Memorandum of Law in Support of the State Defendants' Motion to Stay Discovery, (ii) such further reply memoranda as shall be filed in this action, (iii) all prior pleadings and proceedings herein, and (iv) any oral argument requested by counsel, Defendants Hon. Saliann Scarpulla, Hon. George Silver, Hon. Lawrence Marks, John McConnell, Lauren Desole, Kay-Ann Porter, Lisa Evans, Hon. Lori Sattler, Denis Reo, Lucian Chalfen, Hon. Eugene Fahey, Hon. Paul Feinman, Hon. Michael Garcia, Hon. Jenny Rivera, Hon. Leslie Stein, Hon. Rowan Wilson, Chief Judge Janet DiFiore, and the State of New York, by their attorney, Letitia James, Attorney General of the State of New York, will move this Court before the Honorable Magistrate Judge Gabriel W. Gorenstein, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be determined by the Court, for an order staying discovery pending resolution of their motion to dismiss, pursuant to Fed. R. Civ. Proc. 26(c)(1), and granting such other and further relief as the Court deems just and proper.

1