UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                              :

ALEXIS MARQUEZ,

                                             :

               Plaintiff,                :          <u>ORDER</u>

                                             :

          -v.-

                                           :          18 Civ. 7315 (ALC) (GWG)

DOUGLAS HOFFMAN, et al.,              :

               Defendants.           :
-------------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       Construing plaintiff's January 23, 2020, letter (Docket # 223) as a motion to reconsider the Court's ruling of January 17, 2020 (Docket # 220), it is denied. The Court would certainly grant a request for a reasonable extension of any one of its deadlines but no such proposal has been made by plaintiff in her letter or, indeed, has ever been made by plaintiff. It appears that the premise of plaintiff's position is that plaintiff does not believe she should be required to simultaneously brief motions and engage in any aspect of the discovery process. The Court rejects this premise as there has been no showing that making discovery requests, responding to discovery requests, or providing complete initial disclosures (plaintiff makes no distinction among these three tasks) could not be accomplished while work continues on motions.

       Finally, the plaintiff's request for "full briefing" of any future discovery application, no matter its character, is denied. If there is a specific reason for formal briefing (for example, a motion involving privilege that requires the submission of affidavits), the request may be made at the time the dispute is raised, giving the specific reasons for the need for formal briefing.

       Counsel for Hoffman shall provide a copy of this Order to plaintiff by email forthwith.

       SO ORDERED.

Dated: January 29, 2020
       New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy sent to:

Alexis Marquez
P.O. Box 250071
New York, New York 10025