USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
ALEXIS MARQUEZ,

                Plaintiff,

    -against-

DOUGLAS HOFFMAN ET AL.,

                Defendants.
------------------------------------------------------------------ x

18-CV-7315 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      In light of the Memorandum and Order dismissing Plaintiff's claims against Defendant Hoffman without prejudice, ECF No. 227, the Court provides an opportunity to the remaining Defendants to re-file their motions to dismiss to address or account for the dismissal of claims against Defendant Hoffman if they so choose. Accordingly, the pending motions to dismiss, ECF Nos. 118, 121, are hereby **DENIED** without prejudice and Defendants are **GRANTED** leave to re-file motions to dismiss in accordance with the following briefing schedule:

| | |
|---|---|
| **Defendants' Motions to Dismiss** | March 6, 2020 |
| **Plaintiff's Opposition** | April 3, 2020 |
| **Defendants' Reply** | April 24, 2020 |

**SO ORDERED.**

Dated:    February 13, 2020
             New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**