USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ALEXIS MARQUEZ,

        Plaintiff,

  v.

DOUGLAS HOFFMAN, et al.,

        Defendants.

------------------------------------------------------------- X

18-CV-7315 (ALC) (GWG)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff's letter dated April 1, 2020. The Parties are hereby **ORDERED** to proceed in accordance with the following revised briefing schedule for the defendants' motions to dismiss:

| | |
|---|---|
| **Plaintiff's Opposition Brief** | **May 29, 2020** |
| **Defendants' Reply Briefs** | **June 29, 2020** |

SO ORDERED.

**Dated:**     **April 6, 2020**
               **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**