USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
ALEXIS MARQUEZ,

              Plaintiff,

v.

DOUGLAS HOFFMAN, et al.,

              Defendants.
-------------------------------------------------------- X

18-CV-7315 (ALC) (GWG)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
June 12, 2020

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
### NEW YORK STATE UNIFIED COURT SYSTEM
### PURSUANT TO FRCP 41(a)(1)(A)(i)

Plaintiff Alexis Marquez hereby gives notice of her voluntary dismissal without prejudice of defendant The New York State Unified Court System, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Defendant The New York State Unified Court System has not filed an answer or motion for summary judgment in this case.

Respectfully submitted,

Dated: May 30, 2020

By: /s/ Alexis Marquez

Alexis Marquez
P.O. Box 250071
New York, NY 10025

*Plaintiff Pro Se*

RECEIVED
JUN 5 - 2020
PRO SE OFFICE