UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEXIS MARQUEZ,

               Plaintiff,

     -against-                             18 **CIVIL** 7315 (ALC)

                                           **JUDGMENT**

DOUGLAS HOFFMAN, ET AL.,

               Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion & Order dated April 2, 2021, Defendants' motion to dismiss Plaintiff's retaliation claims pursuant to § 1983, NYSHRL and NYCHRL (Counts 1 and 12) and First Amendment retaliation claim pursuant to § 1983 (Count 5) as to Hon. Silver and Marks, Mr. McConnell, Ms. DeSole and Ms. Evans is DENIED. Defendants' motion to dismiss these claims as to the remaining Individual Defendants is GRANTED. Defendants' motion to dismiss Plaintiff's discrimination claims pursuant to § 1983, NYSHRL and NYCHRL (Counts 2 and 13) as to Hon. Marks, Mr. McConnell, Ms. DeSole and Ms. Evans is DENIED. Defendants motion to dismiss these claims as to the remaining Individual Defendants is GRANTED. Defendants' motion to dismiss Plaintiff's remaining claims is GRANTED as to all Defendants.

**Dated:**  New York, New York

       April 2, 2021

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                             **BY:**      K. Mango

                                                        **Deputy Clerk**