USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __04/02/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   **ALEXIS MARQUEZ,**               :
                                       :
                **Plaintiff,**     :
                                       :     **1:18-cv-7315 (ALC) (GWG)**
   **-against-**             :
                                       :     **<u>ORDER</u>**
   **DOUGLAS HOFFMAN, ET AL.,**  :
                                       :
                **Defendants.**   :
-------------------------------------------------------------x
**ANDREW L. CARTER, JR., District Judge:**

       The Clerk of Court is respectfully directed to mail Plaintiff a copy of the instant order, the Opinion and Order issued on March 31, 2021, ECF No. 256, the Amended Opinion and Order issued on April 2, 2021, ECF No. 258, and the Clerk's Judgment and Notice of Right to Appeal, ECF No. 259.

**SO ORDERED.**

**Dated: April 2, 2021**
       **New York, New York**

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**

1