UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                        :
ALEXIS MARQUEZ,
                                                        :
                    Plaintiff,                                    ORDER
                                                        :
          -v.-
                                                        :           18 Civ. 7315 (ALC) (GWG)

DOUGLAS HOFFMAN, et al.,                                :

                    Defendants.                         :
------------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        Because of a change in the court's trial schedule, the date of the conference pursuant to
Rule 16 is adjourned from June 25, 2021, to Wednesday, July 7, 2021, at 10:00 a.m. All other
provisions of Docket # 264 remain in effect, except that the proposed scheduling order is now
due Friday, July 2, 2021.


SO ORDERED.

Dated: May 28, 2021
        New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge