USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ALEXIS MARQUEZ,

                    Plaintiff,

       -against-

DOUGLAS HOFFMAN, ET AL.,

                    Defendants.

------------------------------------------------------------------- x

18-CV-7315 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Plaintiff's request to a file supplemental memorandum of law regarding the impact of Section 39(6) of the New York Judiciary Law on the pending motions in this action. ECF Nos. 316, 319. Plaintiff's request is hereby **GRANTED**. Plaintiff is directed to submit the memorandum by **Friday, October 29, 2021**. Defendants are hereby **ORDERED** to file a reply to Plaintiff's supplemental memorandum no later than **Friday, November 5, 2021**.

**SO ORDERED.**

Dated:     October 26, 2021
             New York, New York

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**