UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ALEXIS MARQUEZ,                                    :

                                   Plaintiff,                       :                 ORDER

           -v.-                                 :         18 Civ. 7315 (ALC) (GWG)

DOUGLAS HOFFMAN, et al.,                           :

                         Defendants.                    :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      Plaintiff has not filed a response to the application made in Docket # 324 within the two-business-day period required by paragraph 2.A of the undersigned's Individual Practices. While the Court could grant the requested relief as unopposed, it will instead direct plaintiff to immediately contact defendant's counsel to arrange a time to discuss the discovery dispute.

      The Court notes that compliance with the meet-and-confer requirement of paragraph 2.A of the Court's Individual Practices, along with all the other requirements of that paragraph and the remainder of the Individual Practices, is mandatory. The plaintiff is ordered to contact defendant's counsel by Monday December 20, 2021, to arrange for a conference as soon as possible. (Defendants are free to contact plaintiff for this purpose as well if they wish.) In light of the holidays, the Court will allow the parties to arrange to have the conference take place at any time on or before December 31, 2021, though normally such conferences should be scheduled to take place more promptly. If both parties agree in writing, the December 31 deadline may be extended without Court order.

      If plaintiff fails to comply with this Order or with any future Court order, the defendants may make any additional application as appropriate. Plaintiff is warned that failure to comply may result in the Court issuing sanctions that could include denying discovery to plaintiff and/or dismissal of the complaint.

      The defendants are directed to transmit a copy of this Order to plaintiff by email and by mail.

      SO ORDERED.

      Dated:  New York, New York
                 December 16, 2021

                                                                         _____
                                                                          GABRIEL W. GORENSTEIN
                                                                          United States Magistrate Judge