UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ALEXIS MARQUEZ,                                  :

                                                          :

            Plaintiff,                          ORDER

                                                        :

      -v.-

                                                        :        18 Civ. 7315 (ALC) (GWG)

DOUGLAS HOFFMAN, et al.,                         :

           Defendants.                          :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      This Order is issued with regard to the application made in Docket # 327.

      Pursuant to Fed. R. Civ. P. 16(c)(2)(F) and (P) and other powers of the Court, the Court issued an Order requiring the parties to comply with its individual practices, including the meet and confer requirement in paragraph 2.A as to any discovery dispute. See Docket # 307. The Court will not entertain a motion for reconsideration of that Order, which would be untimely.

      The Court further notes that the meet and confer requirement is critical to resolving discovery disputes and has been adopted by most if not all judges on this Court. The same is true for presenting discovery disputes by letter, though the Court may exercise its discretion in specific instances to allow formal briefing if that is required to present the dispute (and as paragraph 2.A specifically contemplates). As for such letter motions, they are specifically authorized by Local Civil Rule 7.1(d)

      Accordingly, all applications for relief in Docket # 327 are denied as they are inconsistent with the admonition in Rule 1 of the Federal Rules of Civil Procedure to secure the "just, speedy, and inexpensive determination of every action and proceeding." The plaintiff is again ordered to contact defendant's counsel to arrange for a conference as soon as possible with regard to the dispute in Docket # 324. Plaintiff shall make this contact shall take place by December 22, 2021. The conference shall take place by December 31, 2021, unless the parties agree otherwise in writing.

      The plaintiff is again warned that failure to comply with any order of the Court, including this Order, may result in the Court issuing sanctions that could include denying discovery to plaintiff and/or dismissal of the complaint. The basis for such sanctions include Fed. R. Civ. P. 16(f)(1)(C), the inherent power the Court, and, if applicable, 28 U.S.C. § 1927.

      Defendants are directed to transmit a copy of this Order to plaintiff by email and by mail.

SO ORDERED.

Dated: New York, New York
December 20, 2021

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge