UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEXIS MARQUEZ                                     :

                                                                              :        <u>ORDER</u>
                    Plaintiffs,
                                                        :        18 Civ. 7315 (ALC) (GWG)
    -v.-

                                                          :
GEORGE SILVER et al.,
                                                          :

                  Defendants.        :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      In light of the passage of time since the Court issued its order of December 23, 2021, the Court assumes that plaintiff has complied with that Order and that the dispute raised in Docket # 324 is moot, at least in the form raised in that letter. Any further dispute as that discovery request or any other discovery request may be presented in a new letter that complies with paragraph 2.A of the Court's Individual Practices.

      Defendants are directed to transmit a copy of this Order to plaintiff by email and by mail.

SO ORDERED.

Dated: January 12, 2022
       New York, New York

                                                                            GABRIEL W. GORENSTEIN
                                                                      United States Magistrate Judge