UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ALEXIS MARQUEZ                          :

                                        :     ORDER
            Plaintiffs,
                                        :     18 Civ. 7315 (ALC) (GWG)
    -v.-
                                        :

GEORGE SILVER et al.,                   :

                                        :
            Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A discovery conference to resolve the matters raised in Docket ## 324, 340 shall take place on March 14, 2022, at 2:30 p.m.

     At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone.  A telephone line and microphone technology with optimal quality should be used.

     The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

     Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     The defendants are directed to transmit this Order to plaintiff forthwith.


     SO ORDERED.

Dated: March 8, 2022
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge