UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEXIS MARQUEZ                                    :

                                                  :        ORDER
                         Plaintiff,
                                                  :        18 Civ. 7315 (ALC) (GWG)
        -v.-
                                                  :

GEORGE SILVER et al.,                             :

                                                  :
                         Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        For the reasons stated today on the record, the defendants' request for a protective
order (Docket # 340) is granted.

        SO ORDERED.

Dated: March 14, 2022
        New York, New York


                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge