USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/31/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIS MARQUEZ,

        Plaintiff,

-against-

DOUGLAS HOFFMAN, ET AL.,

        Defendants.

18-cv-7315 (ALC)

**OPINION & ORDER**

**ANDREW L. CARTER, United States District Judge:**

    Having already decided the underlying motion, the motion for leave to file excess pages at ECF No. 279 is denied as moot. The Clerk of the Court is respectfully directed to terminate ECF No. 279.

**SO ORDERED.**

Dated:   March 31, 2022
           New York, New York

                                  ANDREW L. CARTER, JR.
                                  United States District Judge