Alexis Marquez

January 30, 2023

**BY EMAIL**
The Honorable Andrew L. Carter, Jr.
c/o Pro Se Intake Unit
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *Marquez v. Silver, et al.*, 18-cv-07315 (ALC) (GWG) – Status of Plaintiff's Rule 72(b) Objections

Dear Judge Carter,

    I am the plaintiff in the above-captioned case.  I write to update the Court on the status of my Rule 72(b) objections to the Magistrate's amended report and recommendation, which were due on January 25, 2023.  *See* Dkt. 439.

    I am close to completing my Rule 72(b) objections, intend to file them as soon as possible, and expect them to be filed this week.  As soon as I submit my objections, I intend to file a brief Rule 6(b)(1)(B) motion for an extension of time for my objections, with supporting material, for the Court's consideration.  I believe the objections themselves will also aid the Court in evaluating the amount of time it has taken to complete them.

    Thank you for the Court's consideration.

Respectfully submitted,

By:   /s/ Alexis Marquez

    Alexis Marquez
    P.O. Box 250071
    New York, NY 10025
    (646) 278-4804
    amarquez18422@gmail.com

    *Plaintiff Pro Se*

Cc:   All counsel of record (by ECF)