**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ALEXIS MARQUEZ,

                Plaintiff,

-against-                                18 **CIVIL** 7315 (ALC)

**JUDGMENT**

SILVER, ET AL.,

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 17, 2023, Judge Gorenstein's Amended Report and Recommendation is adopted in its entirety. Defendants' motion for the sanction of dismissal with prejudice is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      February 21, 2023

                                                     **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                              **BY:**           *K. Mango*

                                                       **Deputy Clerk**