# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Alexis Marquez

Write the full name of each plaintiff or petitioner.

Case No. 18 CV 07315

-against-

George Silver, et al.

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that **plaintiff** (plaintiff or defendant) **Alexis Marquez** (name of party who is making the motion) requests that the Court:

grant relief from the February 21, 2023, judgment based on: (1) legal and factual errors pursuant to Rules 60(b)(1) and Rule 72 and (2) excusable neglect pursuant to Rule 60(b)(1) and for an extension of time to permit Plaintiff to file her Rule 72(b) objections.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

- ☒ a memorandum of law
- ☒ my own declaration, affirmation, or affidavit
- ☐ the following additional documents:

3/23/23
Dated

/s/ Alexis Marquez
Signature

Alexis Marquez
Name

Prison Identification # (if incarcerated)

P.O. Box 250071
Address

New York
City

NY
State

10025
Zip Code

(646) 278-4804
Telephone Number (if available)

amarquez18422@gmail.com
E-mail Address (if available)